# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*Aug 02, 2012*
GREGORY C. LANGHAM, CLERK

| | |
|---|---|
| IN RE MARLENE M. MOOSMAN, also known as Marlene Moosman, also known as Marlene Marie Mossman,<br><br>            Debtor.<br>_____<br><br>ROBERTSON COHEN,<br><br>            Plaintiff - Appellee,<br><br>    v.<br><br>MARLENE M. MOOSMAN,<br><br>            Defendant - Appellant. | BAP No. CO-12-057<br><br><br>Bankr. No. 10-32206<br>Adv. No. 11-01481<br>Chapter 7<br><br><br><br><br>ORDER TRANSFERRING APPEAL<br>TO U.S. DISTRICT COURT<br><br>August 1, 2012 |

   The matter before the Court is the Appellee's Notice of Election to Have Appeal Heard by District Court ("Election") filed by Robertson Cohen ("Appellee"). In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

   Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

   (1)   This appeal is transferred to the United States District Court.

   (2)   Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3)　　This Court's record is transmitted to the United States Bankruptcy Court.

For the Panel:

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court